PRO SE OFFICE

U.S. DISTRICT COURT
FILED
MAY 2 7 2008
S. D. OF N.Y.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x

ADRIAN AGOSTINI,

               Petitioner,

     v.

UNITED STATES OF AMERICA,

               Respondent,

----------------------------------x

00 cr. 237 (vm)
08 Civ 1196

NOTICE OF APPEAL

     PLEASE TAKE NOTICE, that the above named petitioner wish

to file a notice of appeal to the United States Court of Appeals

for the Second Circuit on the final order of denial of the

petitioner's §2255 motion entered in this court on March 26,

2008.

     A separate request for a certificate of appealability (COA)

is attach pursuant to §2253 28 USC.

                    Respectfully Submitted,

                    /S/
                  _____
                  Adrian Agostini
                  Reg. No. 49886-054
                  FCI McKean
                  P.O.Box 8000
                  Bradford, PA 16701.

Dated: May 21, 2008.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-11-08

As petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue. See 28 U.S.C. § 2253; Lozada v. United States, 107 F. 3d 1011 (2d Cir. 1997).

SO ORDERED:

6-11-08
DATE

VICTOR MARRERO, U.S.D.J.